**Dismissed; Opinion Filed August 11, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00351-CV

**MOHAMAD KOUDAIN, Appellant**
**V.**
**ALEJANDRA PALACIOS-GUERRERO, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51394-2016**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Evans

The clerk's record in this case is overdue. By postcard dated May 23, 2016, we informed appellant that the Collin County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide, within ten days, verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation we might dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not filed the required documentation or otherwise corresponded with the

Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/David Evans/
DAVID EVANS
JUSTICE

160351F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MOHAMAD KOUDAIN, Appellant

No. 05-16-00351-CV       V.

ALEJANDRA PALACIOS-GUERRERO,
Appellee

On Appeal from the 470th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 470-51394-2016.
Opinion delivered by Justice Evans. Justices
Lang-Miers and Brown participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

      It is **ORDERED** that appellee ALEJANDRA PALACIOS-GUERRERO recover her costs of this appeal from appellant MOHAMAD KOUDAIN.

Judgment entered this 11th day of August, 2016.